**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                             CASE NO. 3:12-cr-144-J-99MMH-TEM

ROBERT E. SPIKER,

    Defendant.

## ORDER OF RECUSAL

The undersigned, finding that he should not participate in this case, hereby **recuses** himself. The Clerk is directed to reassign the case to another magistrate judge.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of October, 2013.

*[Signature]*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
    Counsel of Record